UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| LESLIE CARLINO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 8:17-cv-2854-RBH ) |
| NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>  performing the duties and functions not reserved<br>  to the Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**AND IT IS SO ORDERED.**

                                                s/ R. Bryan Harwell
                                                R. Bryan Harwell
                                                United States District Judge

April 13, 2018.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.