# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Leslie Carlino, )<br>*Plaintiff* )<br>v. )<br>Commissioner Social Security Administration, )<br>*Defendant* ) | Civil Action No.  8:17-cv-02854-RBH-JDA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the R. Bryan Harwell.

Date:   April 13, 2018                                                       *ROBIN L. BLUME, CLERK OF COURT*


                                                                             s/Ashley Buckingham, Deputy Clerk
                                                                             *Signature of Clerk or Deputy Clerk*